# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128380

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA DENHOF and
RENEE LeCLEAR,
　　　　　Plaintiffs-Appellants,

and

SUSAN CLARE, SHERIE BAILEY,
DEBRA NEERKEN, ELIZABETH
LAWRENCE, LORNA ZEMAITIS,
MARLA KIM FREEMAN, and
AMANDA HEFNER,
　　　　　Plaintiffs,

v

CITY OF GRAND RAPIDS, and
GRAND RAPIDS POLICE DEPARTMENT,
　　　　　Defendants-Appellees.

SC: 128380
COA: 255606
Kent CC: 01-000789-NZ

_____/

　　　　　On order of the Court, the application for leave to appeal the January 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　　I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

l0919